# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3163
_____

JENNIFER SMITH,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

October 24, 2018


PER CURIAM.

   DISMISSED.

MAKAR, WINSOR, and M.K. THOMAS, JJ., concur.

_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jennifer Smith, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.